# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Inocencio Santos-Martinez<br>DOB: XX/XX/2007; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02700MJ |

| Complaint for violation of Title 8 | United States Code § 1325(a)(3) |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>December 5, 2025 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 5, 2025, at or near Nogales, in the District of Arizona, **Inocencio Santos-Martinez** an alien, did attempt to enter the United States of America from the Republic of Mexico by making a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code §1325(a)(3), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Inocencio Santos-Martinez is a citizen of Mexico. On December 5, 2025 **Inocencio Santos-Martinez** intentionally attempted to enter the United States at or near the DeConcini Port of Entry in Nogales, Arizona by making a willfully false or misleading representation or the willful concealment of a material fact; by presenting a school ID, in the name of another person. **Inocencio Santos-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>Ernesto A. Guerra<br>OFFICIAL TITLE<br>CBPO/E |
|---|---|
| Subscribed to and sworn before me telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 8, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA: Sara Houston